UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNION CAPITAL, LLC.    Case 21-CV-1741

                        Plaintiff(s),    AFFIDAVIT IN SUPPORT
                                                                            OF MOTION TO
                                                                            ADMIT COUNSEL
                                                                            PRO HAC VICE

v.

SULTAN CAPITAL GROUP, LLC. a New York
Corporation and GUY SULTAN

                        Defendant(s),
---------------------------------------------------------X

State of New York

County Of Kings

I, Henry Kohn, being duly sworn, hereby depose and say as follows:

1. I am an attorney duly admitted to practice law in the State of New York with the law firm of Law Offices of Henry Kohn.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* inthe above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State New York, Third Department since 1986.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My Attorney Registration Number is: 2037158

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel andadvocate *pro hac vice* in case 21-CV-1741 on behalf of the Defendant's,

Sultan Capital Group, LLC. and Guy Sultan.

Dated: Brooklyn, N.Y.
April 22, 2021

Henry Kohn, Esq.
Law Offices of Henry Kohn
4912 13th Avenue
Brooklyn, New York 11215
Hkohnlaw@gmail.com
(718)972-7000