UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNION CAPITAL, LLC,

                              Plaintiff,                 JUDGMENT

     v.
                                                 21-cv-01741 (LDH) (PK)

SULTAN CAPITAL GROUP, LLC and
GUY SULTAN,

                           Defendants.
----------------------------------------------------------------X

       An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having

been filed on March 22, 2024, adopting the Report and Recommendation of Magistrate Peggy

Kuo, dated March 5, 2024, granting Plaintiff's motion for summary judgment as against

Defendant Sultan Capital Group LLC for breach of contract; ordering Sultan Capital Group LLC

to pay Plaintiff $639,000.00, plus pre-judgment interest at a daily rate of $78.78 from February

9, 2021 through February 28, 2021, and at a daily rate of $157.56 from March 1, 2021 through

the date of judgment; denying Defendant Guy Sultan's motion to amend; and the Clerk of Court

having calculated the pre-judgment interest at the rates set forth above and the interests being

$1,496.82 and $176,467.20; it is

       ORDERED and ADJUDGED that Plaintiff's motion for summary judgment as against

Defendant Sultan Capital Group LLC for breach of contract is granted; that Sultan Capital Group

LLC is ordered to pay Plaintiff a total amount of $816,964.02; and that Defendant Guy Sultan's

motion to amend is denied.

Dated: Brooklyn, New York                     Brenna B. Mahoney
       March 25, 2024                   Clerk of Court

                                        By:    */s/Jalitza Poveda*
                                            Deputy Clerk